# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Rice Lake Construction Group, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-17-cv-250 |
| City of Tioga, North Dakota, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a stipulation filed by the parties. (Doc. No. 23). This stipulation seeks to extend various deadlines set forth in the court's previous scheduling order. (Doc. No. 16). The court **ADOPTS** the stipulation without addition or modification. The court's previous scheduling order shall be amended as follows:

1. The parties shall file any motion regarding the state court action that is relevant or possibly relevant to this federal action on or before April 16, 2018.

2. The parties shall serve their Rule 26 initial disclosures on or before April 27, 2018.

All other deadlines in the court's scheduling order shall remain in effect.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court